IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE L. HUESTIS, | ) | 4:11CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion to proceed in forma pauperis in this social security appeal.[1]  (Filing 2.)  In an attached affidavit she simply states: "At the time this action was filed my net worth did not exceed $2,500.00."  (Filing 2-1.)  This affidavit is not sufficient.

"A financial affidavit that substantially complies with 28 U.S.C. § 1915(a) and discloses the applicant's income, assets, expenses, and liabilities must accompany an application to proceed in forma pauperis."  NECivR 3.3(a).  A fillable form affidavit is available on the court's website at http://www.ned.uscourts.gov/forms/AO240.pdf.

IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is denied without prejudice to refiling.

January 10, 2011.                           BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge

---

[1] I note that Plaintiff's counsel has paid the $350.00 filing fee.  If the motion to proceed in forma pauperis is refiled and granted, the payment will be ordered refunded.