IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE L. HUESTIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The records of the court show that on January 7, 2011, (Filing No . 4), a letter was sent to attorney Hunter A. H. Campbell from the Office of the Clerk directing that he pay the 2011/2012 biennial attorney assessment fee (the "Fee").
.

As of March 15, 2011, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before March 30, 2011, attorney Hunter A. H. Campbell shall pay the Fee or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 16th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge